UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRYAN CLAYTON ROBERTS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-0360** |
| **WARDEN TRAVIS DAY, ET AL.** | **SECTION "L"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly;

**IT IS ORDERED** that plaintiff Bryan Clayton Roberts's 42 U.S.C. § 1983 complaint against defendants the State of Louisiana through the Louisiana Department of Public Safety and Corrections, Secretary Gary Wescott, Warden Travis Day, Assistant Warden Floyd Brooks, and all nurses at Rayburn Correctional Center, each in their individual and official capacities, is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e as frivolous, for lack of jurisdiction, for seeking relief from an immune defendant, and/or for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 1st day of July, 2025.

_____
**THE HONORABLE ELDON E. FALLON**